

# NUMBER 13-23-00462-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **ROGER E. MIDDAUGH,** | **Appellant,** |
| **v.** | |
| **LVNV FUNDING, LLC,** | **Appellee.** |

### On appeal from the 148th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Longoria, Silva, and Peña**
**Memorandum Opinion by Justice Longoria**

This cause is before the Court on its own motion. The clerk's record was due to be filed on or before November 14, 2023. On November 15, 2023, the Clerk of the Court notified appellant that the deputy district clerk, Angela Garcia, has notified the Court that appellant had failed to make arrangements for payment of the clerk's record. Appellant was notified that unless he made arraignments to pay for the clerk's record and proof of

payment was provided to the Court within ten days, the appeal was subject to dismissal for want of prosecution. *See* Tᴇx. R. Aᴘᴘ. P. 37.3(b).

Furthermore, on October 30, 2023, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date of the notice. On November 15, 2023, the Clerk of this Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *Id.* R. 42.3(c).

Appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
21st day of December, 2023.